# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No.  2:14-cv-28504
**(Severed from Civil Action No. 2:14-cv-27077)**

_____

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Ethel Marrufo_____

2. Plaintiff's Spouse (if applicable)

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    _____

4. State of Residence

    TX_____

5. District Court and Division in which venue would be proper absent direct filing.

    USDC WDTX- Del Rio Division_____

    _____

6. Defendants (Check Defendants against whom Complaint is made):

    ☒    A. Ethicon, Inc.

Revised: 5/28/14

☒ B. Johnson & Johnson

☐ C. American Medical Systems, Inc. ("AMS")

☐ D. Boston Scientific Corporation

☐ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

__9,10,11_____

_____

_____

2

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

   _____

   _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT

☐        TVT-Obturator (TVT-O)

☐        TVT-SECUR (TVT-S)

☐        TVT-Exact

☐        TVT-Abbrevo

☐        Other

           _____

           _____

10. Date of Implantation as to Each Product:

       ___06/12/2002_____

       _____

       _____

11. Hospital(s) where Plaintiff was implanted (including City and State):

    _Val Verde Medical Center-Del Rio, TX

    _____

12. Implanting Surgeon(s):

    __Shammon Doctor, MD_____

    _____

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☒        Count I – Negligence

    ☒        Count II – Strict Liability – Manufacturing Defect

    ☒        Count III – Strict Liability – Failure to Warn

    ☒        Count IV – Strict Liability – Defective Product

4

☒ Count V – Strict Liability – Design Defect

☒ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

Dated: November 18, 2014

   s/Julie L. Rhoades
   Attorneys for Plaintiffs

**MATTHEWS & ASSOCIATES**
**David P. Matthews**
Texas Bar No. 13206200
**Julie L. Rhoades**
Texas Bar No. 16811710
2905 Sackett St
Houston, TX 77098.
713-522-5250 Telephone
713-535-7184 Facsimile
E-mail: dmatthews@thematthewslawfirm.com
    jrhoades@thematthewslawfirm.com

**FREESE & GOSS, PLLC**
**Richard A. Freese**
Alabama Bar No. ASB-6879-E67R
1901 6th Ave. N., Suite 3120
Birmingham, AL 35203
205-871-4144 Telephone
205-871-4104 Facsimile
E-mail: Rich@freeseandgoss.com

**FREESE & GOSS, PLLC**
**Tim K. Goss**
Texas Bar No. 08222660
**Tamara L. Banno**
Texas Bar No. 24012240.
3031 Allen St, Suite 200
Dallas, TX 75204
214-761-6610 Telephone
214-761-6688 Facsimile
E-mail: Tim@freeseandgoss.com
    Tamara@freeseandgoss.com

**EDWARDS & DE LA CERDA, PLLC**
**Peter de la Cerda**
Texas Bar No. 24045769
**Kevin Edwards**
Texas Bar No. 24040853
3031 Allen St, Suite 100
Dallas, TX 75204
214-550-5239 Telephone
214-550-2223 Facsimile
E-mail: kevin@edwardsdelacerda.com
    peter@edwardsdelacerda.com