IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **ETHEL MARRUFO** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:20-cv-00043-AM-VRG |
| | § | |
| **ETHICON INC. and JOHNSON & JOHNSON** | § | |
| | § | |
| Defendants. | § | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR STAY**

Plaintiff Ethel Marrufo ("Plaintiff") and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Defendants") respectfully submit this joint notice of settlement and request for stay, and would respectfully show as follows:

Plaintiff and Defendants have reached a settlement in principle of all claims in this matter. This settlement is part of a settlement of a group of other plaintiffs also represented by Plaintiff's counsel. The parties anticipate that it will take approximately one hundred twenty (120) days to finalize and fund the settlement, such that appropriate dismissal documents may be filed. Accordingly, Plaintiff and Defendants respectfully request that the Court stay all pretrial deadlines and the trial of this matter to allow sufficient time for the finalization and funding of the settlement, and order the parties to file within one hundred twenty (120) days appropriate dismissal documents or file a status report explaining why such documents have not yet been filed.

1

Respectfully submitted this 8th day of March, 2021.

*/s/ Pedro de la Cerda*
**David Paul Matthews**
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
713/522-5250
Fax: 713/535-7184
dmatthews@thematthewslawfirm.com

**Pedro de la Cerda**
**Tim Goss**
FREESE & GOSS
Suite 1100
3500 Maple Avenue
Dallas, TX 75219
214-761-6610
peter@freeseandgoss.com
tim@freeseandgoss.com

*Attorneys for Plaintiffs*

*s/ Christopher Cowan*
Christopher Cowan
State Bar No. 24084975
Butler Snow LLP
1400 Lavaca St., Ste. 1000
Austin, TX 78701
(737) 802-1806
Chris.Cowan@butlersnow.com

*Attorneys for Defendants Johnson & Johnson, and Ethicon, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for both Plaintiff and Defendants agreed to the relief sought in this notice and request.

*/s/ Christopher Cowan*
Christopher Cowan

2

## CERTIFICATE OF SERVICE

I hereby certify on March 8, 2021, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR STAY** to the CM/ECF participants registered to receive service in this case.

                                                            */s/ Christopher Cowan*
                                                            Christopher Cowan

57874962.v1