IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ETHEL MARRUFO,<br>    Plaintiff,<br><br>v.<br><br>ETHICON, INC. and JOHNSON &<br>JOHNSON,<br>    Defendants. | Civil Action No.<br>DR-20-CV-043-AM/VRG |

FILED
AUG 9 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ORDER OF DISMISSAL WITH PREJUDICE

On August 9, 2021, the parties filed a stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 9th day of August 2021.

ALIA MOSES
United States District Judge